ACCEPTED
06-15-00140-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/21/2015 4:40:58 PM
DEBBIE AUTREY
CLERK

# IN THE COURT OF APPEALS FOR THE
## SIXTH DISTRICT OF TEXAS AT TEXARKANA

**BRIAN K. MELTON,**
APPELLANT

v.

**THE STATE OF TEXAS,**
APPELLEE

§
§
§
§
§
§
§
§
§

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/24/2015 9:59:00 AM
DEBBIE AUTREY
Clerk

**Nos. 06-15-00140-CR**

---

## RESPONSE TO PETITION FOR WRIT OF MANDAMUS

---

FROM THE 354TH JUDICIAL DISTRICT COURT
HUNT COUNTY, TEXAS

TRIAL CAUSE NUMBERS 20,572
THE HONORABLE RICHARD A. BEACOM, JR., JUDGE PRESIDING

**NOBLE DAN WALKER, JR.**
District Attorney
Hunt County, Texas

**KELI M. AIKEN**
First Assistant District Attorney
P. O. Box 441
4th Floor Hunt County Courthouse
Greenville, TX 75403
kaiken@huntcounty.net
(903) 408-4180
FAX (903) 408-4296
State Bar No. 24043442

## RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Relator has requested that the trial court issue a nunc pro tunc judgment on a case that occurred in 2001 some fourteen years ago. *See* Exhibit B in Relator's motion. The trial court initially signed a judgment ordering that Relator serve a twenty year prison sentence with 258 days credit for a crime that occurred only one hundred and one days before the judgment was signed. The offer of 258 days credit was intentional and part of a plea bargain offered by the State. *See* Exhibit E in Relator's motion. The trial court honored that plea agreement and sentenced Relator accordingly. Relator then challenged the judgments in a writ of habeas corpus because he did not receive the full 258 days credit from TDCJ-ID. *See* Exhibit D in Relator's motion. The trial court entered findings of fact and conclusions of law stating that Relator was entitled to 258 days credit and signed a *nunc pro tunc* order changing the length of the sentence to allow for the full 258 days credit to be given to Relator. *See* Exhibits E and F in Relator's motion.

Now Relator objects to the new judgment allowing for 258 days credit by adjusting the overall length of his sentence from 20 years in prison with 258 days credit to 19 years with 200 days credit- the judgment the court entered in response to the writ of habeas corpus in an attempt to give Relator the full benefit of his plea bargain. The trial court recognizes that a *nunc pro tunc* is authorized to correct clerical errors and not to change the oral pronouncement of sentence

rendered.

Regardless of whether the *nunc pro tunc* was the appropriate method of attempting to give Relator the benefit of his initial plea, it is, and remains the trial court's intention to render judgment in a way that allows for the full credit agreed to in the original plea.

## CERTIFICATE OF COMPLIANCE OF TYPEFACE AND WORD COUNT

In accordance with Texas Rules of Appellate Procedure 9.4 (e) and (i), the undersigned attorney or record certifies that this response contains 14-point typeface of the body of the brief and contains 326 words and was prepared on Microsoft Word 2013.

_/s/ Keli M. Aiken_____
KELI M. AIKEN
First Assistant District Attorney
P. O. Box 441
4th Floor Hunt County Courthouse
Greenville, TX  75403
(903) 408-4180
FAX (903) 408-4296
State Bar No. 24043442

## CERTIFICATE OF SERVICE

A true copy of this response will be mailed to Relator at his inmate address provided on the unsworn declaration.

_/s/ Keli M. Aiken_____
KELI M. AIKEN
First Assistant District Attorney